```
 1  Dennis J. Kelly, Esq. (SBN: 191414)
        dkelly@linerlaw.com
 2  Mai M. Petersen, Esq. (SBN: 209546)
        mpetersen@linerlaw.com
 3  LINER YANKELEVITZ
    SUNSHINE & REGENSTREIF LLP
 4  199 Fremont Street, 20th Floor
    San Francisco, CA 94105-2255
 5  Telephone: (415) 489-7700
    Facsimile: (415) 489-7701
 6
    Attorneys for Defendant
 7  NATIONAL ACTION FINANCIAL SERVICES, INC.,
    a.k.a. NAFS, a Georgia Corporation
 8
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY L. CASTRO, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL ACTION FINANCIAL SERVICES, INC., a.k.a. NAFS, a Georgia Corporation,<br><br>    Defendant. | Case No. C 05-4414 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    WHEREAS the complaint in this action was filed on October 31, 2005;

    WHEREAS the case management conference in this matter is presently set for March 9, 2006;

    WHEREAS lead counsel for the defendant will be unavailable on March 9, 2006, due to ongoing depositions in Fresno, California, and co-lead counsel will be unavailable on March 9, 2006, due to an all-day mediation in Sacramento;

    WHEREAS a trial date has not yet been set in this action;

    WHEREAS counsel for the parties agree in the interest of justice that the case management conference date should be continued to allow lead counsel for defendant to attend;

1 | NOW THEREFORE, the parties, by and through their undersigned counsel of record, hereby stipulate and agree, subject to the Court's order, as follows:

2 | 1. The case management conference in this matter shall be continued to the next available date on the Court's calendar after March 24, 2006.

Dated: February ___, 2006                THE BERG LAW GROUP


By: _____
IRVING L. BERG
Attorneys for Plaintiff JIMMY L.
CASTRO

Dated: February 27, 2006                 LINER YANKELEVITZ
                                         SUNSHINE & REGENSTREIF LLP


By: _____
DENNIS J. KELLY
MAI M. PETERSEN
Attorneys for Defendant NATIONAL
ACTION FINANCIAL SERVICES, INC.

### ORDER

Having read and considered the foregoing stipulation, and good cause appearing, the Court hereby Orders that the case management conference date in this action be continued to March 30_____, 2006, at 2:30 p.m. in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Dated: _February 28_, 2006

IT IS SO ORDERED
[signature]
Judge Phyllis J. Hamilton

2
Stipulation and [Order] Continuing Case
Management Conference – Case No. C 05-4414 PJH