THE BERG LAW GROUP
IRVING L. BERG (SBN 36273)
433 Town Center, PMB 943
Corte Madera, CA 94925
(415) 924-0742
(415) 891-8208 (Fax)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY L. CASTRO, | Case No.: C 05-4414 PJH |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE, AND ORDER** |
| v. | |
| NATIONAL ACTION FINANCIAL SERVICES, INC., | |
| Defendant. | |

The parties, having agreed to a settlement in this matter, hereby request that the Court dismiss this action with prejudice.

SO STIPULATED:

THE BERG LAW GROUP

DATED: March 23, 2006       BY: /s/
                                 IRVING L. BERG
                                 Attorney for Plaintiff


LINER, YANKELEVITZ, SUNSHINE &
REGENSTREIF, L.L.P.

DATED: March 23, 2006       BY: /s/
                                 MAI PETERSEN
                                 Attorney for Defendant

**ORDER**

The parties having achieved a settlement and for good cause, this case is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: 3/24/06      BY: _____

